Postal Service    3/23/2005 08:57    PAGE 001/001    FAX ~~~~~    *Judge Copy*

*Inmate Samuel Pode*
*BM5599*
*D612*

**ORIGINAL**



UNITED STATES
POSTAL SERVICE™

Date: 03/23/2005



FILED
APR 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Fax Transmission
Fax Number:

Dear:

The following is in response to your 03/23/2005 request for delivery information on your Certified item number 7001 0320 0002 0750 5291. The delivery record shows that this item was delivered on 12/10/2004 at 09:44 AM in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient: *[signature]* Delivery Section
*Koffy Vincslo*

Address of Recipient: *820 North French St*
*Wilm DE 19801*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service

Samuel T. Poole BN 5599                99-635-JJF

Stan Taylor Raphel Williams            Joseph J. Farnan

## Motion To order for Counsel

The ability of the indigent to present his claims because with no Legal Training, See Whisenant V. Yoam 739 F.2d 160, 163 (4th cir 1984) and I am confined to a prison accross the state line with very limited access to Legal Materials Rayos V. Johnson, 969 F.2d 200, 703-04 (8th cir 1992) The plaintiff ability to investigate the facts, Tucker V. Randall, 948 F.2d 388, 392 (7th cir 1991); Gatson V. F.R.D. 96, 105 (E.D. Wis, 1984) in addition coverup connected to the other parti such as the Attorney Gen. aware of the problems play a blind eye of equal Protection overcrouding Miruse of State and Fedaral Funded Money to house unsentance inmate on the floor inside of Gander Hill and while, Defendants Stan Taylor and Raphel Williams Placeing inmates injured bleeding back on the floor July 6, 1999 and total of 180 days being on the floor the merit of the case will be syccessful Dyson V. Kocik, 689 F.2d 466, 467-68 (3rd cir 1982) citing Jury Demanded as a factor supporting appointment of Counsel, 122 S. Ct. 1995, 1992).

42 U.S.C. §1981. Racial Discrimination Claims - Patterson V. McLean Credit Union, 491 U.S. 164, 177, 109 S. Ct 2363 (1989) 42 U.S.C. §1985 (3) Direct Participation Stan Taylor run all prisons in the State and the Warden Raphel Williams is aware of everything that happen in Gander Hill but failure to act but continue with a blind eye. Alexander V. Perrill, 916 F2d 1392, 1395 (9th Cir. 1990).

Service of 58-59, Affidavit, Men. Order for counsel has been serve upon defendants counsel for the foregoing reasons, the court should grant the plaintiff Motion for appointment to Counsel in this case.

This will be serve certified also.

Respectfully Submitted
Thank you

3-31-05

Samuel T. Poole
PO Box 1000
Houtedale PA
16698-1000

## AFFIDAVIT AND PROOF OF SERVICE

NOW COMES, _Samuel T. Poole_ AND AFIRMS THAT HE IS THE LITIGANT IN THE AFORE CAPTIONED AND ATTACHED MATTER, THAT THE WITHIN AVERMENTS AND FACTS IN SUPPORT THEREFORE ARE TRUE AND CORRECT TO THE BEST OF HIS PERSONAL EXPERIENCE, RECALL, KNOWLEDGE AND BELIEF, UNDER PENALTY FOR PERJURY. HE FURTHER AFFIRMS AND AVERS THAT HE HAS SERVED COPIES OF THE FOREGOING AND ATTACHED DOCUMENTS BY FIRET-CLASS MAIL TO THE PARTIES LISTED BELOW, BY HAVING PLACED THEM IN THE HANDS OF PRISON AUTHORITIES FOR MAILING, AS RULED PROPERLY AND TIMELY "FILED" BY AND IN HOUSTON vs LACK, 108 s. ct 2379, at 2383 (1988).

I CERTIFY THAT THIS DOCUMENT WAS GIVEN TO PRISON OFFICIALS, FOR THE FORWARDING TO THE SAID COURT. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. SEC. 1746.

BY AFFIANT: _[signature]_

CC:

SUBSCRIBED AND SWORN TO ME
THIS _3_ DAY OF _30_, 20_05_

Richard Hubbard
820 North French St
Wilm, DE
19801

Certified

NAME Saydel T. Wade
NUMBER BM5199
P.O. BOX 1000
HOUTZDALE PA 16698-1000

U.S.M.S.
X-RAY

Inmate Mail
PA Department of Corrections

PA Dept of Corrections
Inmate Mail

Clerk of Court
844 N. King St, Lockbox 18
Wilm, DE
19801-3570

MAILED FROM ZIP CODE 16651
APR 04 2005
$00.600