IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY HUBBARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STANLEY TAYLOR, RAPHAEL WILLIAMS, and M. JANE BRADY,<br><br>    Defendants. | ) ) ) ) ) ) Civ. No. 00-531-SLR ) ) ) ) ) ) |
| SAMUEL TURNER POOLE,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY TAYLOR and RAPHAEL WILLIAMS,<br><br>    Defendants. | ) ) ) ) ) ) Civ. No. 99-635-JJF ) ) ) ) ) ) |

O R D E R

At Wilmington this 5th day of May, 2005, having reviewed defendants' motion to consolidate Civ. No. 00-531-SLR and Civ. No. 99-653-JJF filed on April 19, 2005 and the papers submitted in connection to said motion;

IT IS ORDERED that said motion (Civ. No. 00-531-SLR, D.I. 173) is granted. The above captioned cases are consolidated for purposes of the remand ordered by the Third Circuit Court of Appeals. All furture filings shall be made solely in the lead case, Civ. No. 00-531-SLR, and captioned with only the lead case number.

                                                              _____
                                                              United States District Judge