Samuel T. Poole
Gregory 26ubbard, et. Al
    V.
Stanley Taylor, Raphel
Williams, and M. Jane Brady

Civ. NO. 00-531-SLR
Civ. NO. 99-635-SLR

☑ ORIGINAL

Jury Trial Demanded

FILED
JUL -1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Judge, Sue L. Robinson
When this case was consulidated by the defendants. There was and request for counsel, for the Discovery to be file and a jury trial this case consulidated is very perplax with the way it was done by violating my 6th amendment right to a jury.
Before this trial was consulidated the issue of counsel should of been decided because the defendants was serve like the Judge order I believe 56-57-58, of Exhabit-order was given for this and serve.
Then the last order that was sent to me by Sue L. Robinson on May 19, 2005 I see that the court and the defendants are aware I am in prison, and that arrangement for the pro se conference on June 21, 2005 at 8:30 A.M. I believe this is a delay Tac tics by the defendants and this is the last thing I have receive by the court and the defendants.

P.S. I have $33.00 in the Hole inside of this Jail. I am fighting the, Mailroom, Employment, and retoileation by this jail and the racism by Klu Klux Klan, ~~gaurd~~ Staff.

Jail I fill out for Certified mail payed for it but the defendants recieve it and responded this Jail refuse to put a trace on it the last order I sent to the court containing to this case.

This Jail does not have any type of law libary to where I truely respond and take action under U.S.C. and U.S.C.A., all my mail is open and copy by the mail room and sent to the warden. I am doing the best I can to respond, I do not sign for any of the mail by the defendants.

Dated 6-21-05

Thank you
Respectfully Submitted

Samuel T. Poole   GN5599
PO Box 1000
Houtzdale PA.
16698-1000



| | | |
|---|---|---|
| M. JANE BRADY<br>ATTORNEY GENERAL | **STATE OF DELAWARE**<br>DEPARTMENT OF JUSTICE | |
| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5352<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

November 12, 2004

PLEASE REPLY TO:

The Honorable Joseph J. Farnan, Jr.,
United States District Court
for the District of Delaware
844 N. King Street
Lock Box #27
Wilmington, De 19801

*Poole v. Stan Taylor et al.,*
*C.A. No. 99-635-JJF*

Dear Judge Farnan,

    Upon reviewing the court docket in the above captioned case it has come to counsel's attention that the last three motions filed by the plaintiff in this litigation (D.I.##56,57 & 58) have not been sent to defendants' counsel. Counsel has not informed the Court or the plaintiff of any change in the case that would warrant counsel not being served.

    According to local District Court Civil Rule 5.2(a)(2), an affidavit showing how service has been made must be attached to each pleading filed by the parties with the Court. Certain pleadings require responses increasing the importance of defendants' counsel receiving plaintiff's pleadings on a timely basis. In order to provide my clients with proper representation, defendants' counsel respectfully requests that this Honorable Court ensure plaintiff's future compliance with the rules so as to avoid any undue delay or an inadvertent failure to respond by defendants' counsel for lack of notice.

Respectfully,

Richard W. Hubbard
Deputy Attorney General

*The defendants war Serve and a copy of service was sent to your court alredy (NO Response)*

