IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL TURNER POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 99-635-SLR |
| | ) | |
| STAN TAYLOR, and | ) | |
| RAPHAEL WILLIAMS, | ) | Jury Trial Demanded |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

COMES NOW, State Defendants by and through undersigned counsel and responds to *Plaintiff's Motion to Compel Discovery* as follows:

1. The Plaintiff's *Motion to Compel* Discovery should be dismissed as premature. Rule, 33(b)(1), 34(b) and 36(a) of the Federal Rules of Civil Procedure provide 30 days from the date of receipt in which to respond to the request for discovery.

2. State Defendants were served with the Plaintiff's Requests for Discovery on October 14, 2005 (see D.I . 72, 73), making discovery due to the Plaintiff on or before November 13, 2005.

Accordingly, dismissal of the Plaintiff's *Motion to Compel Discovery* is appropriate.

                                                    STATE OF DELAWARE
                                                    DEPARTMENT OF JUSTICE

                                                    /s/ Richard W. Hubbard
                                                  Richard W. Hubbard, ID #2442
                                                  Deputy Attorney General
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE 19801
                                                  302-577-8400
                                                  richard.hubbard@state.de.us

Date: November 9, 2005                                    Attorney for defendants

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on November 08, 2005, he caused the attached

*Defendants' Opposition to Plaintiff's Motion to Compel Discovery* to be delivered to the

following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Samuel T. Poole
BN-5599
P.O. Box 1000
Houtzdale, Pa  16698-1000

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

\_\_\_X\_\_\_ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by Federal Express

_____ Two true copies by hand delivery to each recipient

　　　　　　　　　　　　　　　　　　　　　　__/s/ Richard W. Hubbard\_\_\_\_
　　　　　　　　　　　　　　　　　　　　　　Richard W. Hubbard, ID #2442
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Carvel State Office Building
　　　　　　　　　　　　　　　　　　　　　　820 N. French Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　302-577-8400