## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on November 14, 2005, he caused the attached

*Defendant Raphael William's Responses to Plaintiff's Request for Production of*

*Documents*  to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S)**:

Samuel T. Poole
BN-5599
P.O. Box 1000
Houtzdale, Pa  16698-1000

**MANNER OF DELIVERY**:

_____One true copy by facsimile transmission to each recipient

____X____Two true copies by first class mail, postage prepaid, to each recipient

_____Two true copies by Federal Express

_____ Two true copies by hand delivery to each recipient

_/s/ Richard W. Hubbard_
Richard W. Hubbard, ID #2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on November 14, 2005, he caused the attached

*Defendant Raphael Williams' Response  to Plaintiff's Request for Production of*

*Documents*  to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S**):

Samuel T. Poole
BN-5599
P.O. Box 1000
Houtzdale, Pa  16698-1000

**MANNER OF DELIVERY**:

_____One true copy by facsimile transmission to each recipient

\_\_\_\_X\_\_\_Two true copies by first class mail, postage prepaid, to each recipient

_____Two true copies by Federal Express

_____ Two true copies by hand delivery to each recipient

 \_/s/ Richard W. Hubbard
Richard W. Hubbard, ID #2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400