# CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on November 14, 2005, he caused the attached *Defendant Stanley W. Taylor Jr.'s Responses to Plaintiff's Request for Production of Documents* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Samuel T. Poole
BN-5599
P.O. Box 1000
Houtzdale, Pa  16698-1000

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

\_\_\_X\_\_\_ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by Federal Express

_____ Two true copies by hand delivery to each recipient

  /s/ Richard W. Hubbard
Richard W. Hubbard, ID #2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400

# CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on November 14, 2005, he caused the attached *Defendant Raphael Williams' Response to Plaintiff's Request for Production of Documents* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Samuel T. Poole
BN-5599
P.O. Box 1000
Houtzdale, Pa  16698-1000

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

\_\_\_X\_\_\_ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by Federal Express

_____ Two true copies by hand delivery to each recipient


　　　　　　　　　　　　　　　　　　　　/s/ Richard W. Hubbard
　　　　　　　　　　　　　　　　　　　Richard W. Hubbard, ID #2442
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Carvel State Office Building
　　　　　　　　　　　　　　　　　　　820 N. French Street, 6th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　302-577-8400