COPY

Samuel T. Poole

V.

Stan Taylor
Caphel Williams

Civil Action NO 99-635

Sue L Robinson

Service made to the defendants Discovery and interrogatories Serve Certified.

c.c. Richard W. Hubbard

FILED
NOV 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard W. Hubbard
820 N. French St
Wilm, De.
19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X Kathy Vowell   ☐ Agent  ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

Oct 17 2005

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7001-0320-0002-2876-8473

S Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $ .37
Certified Fee 2.50
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.93

Sent To: Samuel T. Poole
Street, Apt. No.; or PO Box No. PO Box 1006
City, State, ZIP+4

HOUTZDALE PA
OCT 13 2005

