Samuel T. Poole

v.

Stan Taylor

Raphel Williams

Civil Action No 99-635

Sue L Robinson

COPY

Service made to the defendants Discovery and interrogatorries to be Compel with Habeas Corpus Testeundum

c.c. Richard W. Hubbard

FILED
NOV 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____    ☐ Agent  ☑ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

Article Addressed to:
Richard W. Hubbard
820 N. French St.
Wilm, DE 19801

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Copy from service label)
7001-0320-0002-2876-7661

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Poole #INS99A-DB1265E

Postage    $ .00
Certified Fee    2.30
Return Receipt Fee    1.75
Restricted Delivery Fee
Total Postage & Fees    $ 4.05

Sent To: Samuel T. Poole BNS99A-DB1265E
Street, Apt. No.: PO Box 1000
City, State, ZIP+4: Houtzdale PA 16698-1000

HOUTZDALE PA
NOV 04 2005

