Samuel T. Poole BN5597

V.

Stan Taylor Raphel Williams

ORIGINAL

Civil Action No. 99-635

Judge Sue L. Robinson

---

Re: Your motion has nothing to do with my Compel being premature (within 30 day) defeat that and indigent I was aware I only was going to have money for short period of time to serve you Certified as you requested from the court I done so.

FILED
NOV 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: You also submitted to me to the court two documents to envade both of my Motion and try to get more time there will be no delays 3-4 in the Discovery I will request that it be dismiss by me but they other 8# better be there and because the Sanction will be carried out without prejdice

Respectfully Submitted

C.C. Richard Hubbard

Samuel T Poole BN5597
PO Box 1000
Houtzdale PA.
16698-1000

