Samuel T. Poole

Civil Action 99-635SL.

v.

Stan Taylor and Raphel William et. AL.

Judge: Sue L. Robinson.

Re: Clerk of Court, I was Ship to another Prison and my level has been drop to 2.V.R. I waitting for a green shet from the parole board

C.C. Richard W. Hubbard

Samuel T. Poole BN5599
1100 Pike St
Huntingdon, PA
16654-1112

FILED

JAN - 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>AFFIDAVIT AND PROOF OF SERVICE</u>

NOW COMES, _Samuel T Pooli_ AND AFIRMS THAT HE IS THE LITIGANT IN THE AFORE CAPTIONED AND ATTACHED MATTER, THAT THE WITHIN AVERMENTS AND FACTS IN SUPPORT THEREFORE ARE TRUE AND CORRECT TO THE BEST OF HIS PERSONAL EXPERIENCE, RECALL, KNOWLEDGE AND BELIEF, UNDER PENALTY FOR PERJURY. HE FURTHER AFFIRMS AND AVERS THAT HE HAS SERVED COPIES OF THE FOREGOING AND ATTACHED DOCUMENTS BY FIRET-CLASS MAIL TO THE PARTIES LISTED BELOW, BY HAVING PLACED THEM IN THE HANDS OF PRISON AUTHORITIES FOR MAILING, AS RULED PROPERLY AND TIMELY "FILED" BY AND IN HOUSTON vs LACK, 108 s. ct 2379, at 2383 (1988).

I CERTIFY THAT THIS DOCUMENT WAS GIVEN TO PRISON OFFICIALS, FOR THE FORWARDING TO THE SAID COURT. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. SEC. 1746.

BY AFFIANT:

CC:

SUBSCRIBED AND SWORN TO ME

THIS 29 DAY OF Dec, 20 05

Keg Mail To        Richard W. Hubbard
                   820 N. French St 6th St
                   Wilm, D
                        19801



Name Samuel T. Pok

Number BN5599

1100 Pike Street

Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPT OF CORRECTIONS

U.S.M.S
X-RAY

Clerk of Court

844 N. King St

Wilm DE

19801-3570

Inmate Mail - PA. DEPT OF CORRECTIONS