IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL TURNER POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | C.A. No. 99-635-SLR |
| | ) | |
| STANLEY TAYLOR, and | ) | |
| RAPHAEL WILLIMS | ) | |
| | | |
| Defendants. | | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), the Defendants Stanley Taylor and Raphael Williams respectfully request that this Honorable Court enter an order of judgment in their favor. Defendants' Opening Brief in Support of Their Motion is filed simultaneously herewith.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Richard W. Hubbard_____
Richard W. Hubbard (ID No. 2442)
Deputy Attorney General
Carvel State Building, 6th Floor
820 North French Street
Wilmington, Delaware 19801
(302) 577-8308
richard.hubbard@state.de.us

Dated: January 30, 2006

Attorney for the Defendants

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 30, 2006, he caused the foregoing document to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

    **Samuel  Turner Poole**
    **#BN-5599**
    **PA Department of Correction**
    **1100 Pike Street**
    **Huntingdon, PA  1665-1112**

**MANNER OF DELIVERY:**

| | |
|---|---|
| _____ | One true copy by electronic (CM/ECF) delivery. |
| _____ | One true copy by facsimile transmission to each recipient |
| __X__ | Two true copies by first class mail, postage prepaid, to each recipient |
| _____ | Two true copies by Federal Express |
| _____ | Two true copies by hand delivery to each recipient |

    /s/ Richard W. Hubbard_____
    Deputy Attorney General
    Department of Justice
    Carvel State Building, 6th Floor
    820 North French Street
    Wilmington, Delaware 19801
    (302) 577-8400
    richard.hubbard@state.de.us
    Attorney for the Defendants