**ORIGINAL**

SAMUEL T. POOLE                                 CIVIL ACTION NO.99-635

   V.

STAN TAYLOR                                     SUE L. ROBINSON
RAPHEL WILLIAMS
JANE BRADY

                                                FILED
                                                FEB 3 2006
                                                U.S. DISTRICT COURT
                                                DISTRICT OF DELAWARE

FAILURE TO COMPLY WITH INTERROGATORIES AND DISCOVERY

BD Scanned

!. INTERROGATORIES    See/E.G.., McEiroy V, united airlines, Inc
21 F.R.D. 100 (W.D.MO.1967)., Presley V. Boehike, 33 F.R.D.
317, (W.D.N. (1963). aithough in exceptional circumstance reli-
ance onan answer may cause such prejudice that the court will
hold the answering party bound to his answer ., E.G.., ziel-
inski V. philadelphia Piers ., Inc., 39 F.SUPP.408 (ED.PA.1956)
answer to the interrogatories correctly and committed fraud
on the Questionsthat was  answer with perjury and this can
be found out with a civil investagation

CIVIL INVESTAGATION   ,F.R.CRIME.P. TITLE 18,1968 or in RE.
Harrison, D.C.APP, 461 A2d. 1034,1036  to where the defends
requested for more inmates then what was being houaed atthe
prison which is not  only a crime but perjury by the defendants
STatement that they did not put anybody on the floor andthe
was not aware of anybody on the floor but they ask for Fed. and
State money to house the inmate on the floor because they would
need to show for every inmates., Estoppel Gov. act in misleading
ways in answer the interrogatories., U.S. V. Pennslvania Ind.
Chemical Corp., 411.U.S. 655.670,93 S .CT. 1804,1814,1887, 36
Led, 2d 567.1973 and for Equitable Estoppel U.S. V.Thomas, 357 F3D
357 and seeU.S. V. Denkins, 367 F3D .357,2004.Fed APP.129.P  U.S.
357F3D 204 and see Falcone V. pierce, 864 F2D 266 (1st cir. 1988)

   F.R.CIV.P. rule 37 (G) (C) (1)(@) the defendants has failure
   to bring about discovery and properly answer the interrogatories
   37 (C) may aooly  Betha BLDG. CORP. V. National theatres CORP.
   15 F.R.D. 339 (E.D.N.Y.1954) and see U.S. Heng Hsin Co. V. Stern,
   Morenthau and Co.,20 Fed rules serv.36 A.52. Casel(S.D.N.Y.Dec.10
   1954) and see U.S.Plywood Corp. V. Hudson lumber Co.,127 F. SUPP.
   489,497-498(S.D.N.Y.1954) containing to the  defendants evadeing
   the discovery E.G.Mikewski V. Sehneider Transportation Co.238F2D3
   238 F2D 397(6thcir 1956);

Dictoqragh products Inc. V. Kentworth Corp., 7 F.R.D. 543 (W.D.Ky .1947).,and see Brown V. U.S.1928, 48.Ct.288,276.U.S.134,143 72.led.500 Subpoena Specifics and see consolidated Rendering Co. V. Vermount, 1908 28 S. ct. 178, 207, U.S.541,543-544,522,led. 327.E.G. United Sheeplined Clothing Co. V. Artic Fur Cap.Corp. ., 165 F Supp. 193 (S.D.N.Y.)1958);AustinTheatre Inc. V. Warner Bros.Pictures Inc.22. F.R.D.302.(S.D.N.Y.1958); to where a default judgement for refusal to answer Hammond Packing Co. V. Arkansas 1909, 29.S.ct.370.212.U.S.322,53.led.530,15 Ann. Cas.645. and see Houey V. Elliott,1897,17 S.ct.841,167,U.S.409. 42.led.215. for the mere purpose of punishing for contemp Sub-divison(A)(3) E.G.cone mills Corp. V. Josegh bancroft and son CO. 33.F.R.D.318.C.D.Del.1963);Societe Internationale V.Rogars,35 7, U.S.197 (1958). Both Petitions was respectfully Submitted to your court to where Sactionscould be impose on the defendants for evadeing both petitions and committing fraud an the interrogatories

Relief-Order the SANCIOMS WITH IN THIS PETITION TO THE DEFENDANTS AND THE INVESTAGATION OF THE FRAUD HOLDING THEM LIABLE FOR ALL DAMAGES BYORDER OF THE COURT  FOR FAILURE TO COMPLY.

THANK YOU

SAMUEL T.POOLE BN5599

1100 Pike Steet
Huntingdon,PA.
16654-1112

1-25-06
C.C - Reg Mail
Richard W. Hubbard
820 French St L.S1
Wil- DE
19801

