IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL TURNER POOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 99-635-SLR |
| | ) |
| STAN TAYLOR and RAPHAEL WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 31st day of May, 2006, having reviewed plaintiff's motions to compel and the papers submitted in connection therewith;

IT IS ORDERED that said motions (D.I. 74, 88, 89) are **denied** without prejudice to renew for the reasons that follow:

1.  By order dated August 26, 2005, the court set a discovery deadline and briefing schedule to move the case forward toward resolution by motion practice or trial by jury. (D.I. 71) To that end, discovery was ordered to be completed by December 27, 2005 and reply briefs to any dispositive motions were due by March 13, 2006. Although defendants have filed a motion for summary judgment, the record does not reflect that they have fully responded to plaintiff's request for discovery.

2.  Specifically, in his three motions to compel, plaintiff seeks information related to his case as well as general

information about the prison system, correctional officers and other prisoners' complaints. Defendants opposed and did not completely answer plaintiff's discovery efforts on the grounds that the questions are "incoherent," "poorly drafted" and "unintelligible." (D.I. 90)

3.  Proceeding pro se, plaintiff lacks the expertise to craft interrogatory questions in the same manner as a member of the Bar. However, some of his interrogatories, although ambiguous and broad, are reasonably calculated to produce discoverable information. Moreover, some of the information is necessary for plaintiff to respond to defendants' motion and essential for the court's review of the record and issues. Accordingly, in order to help the court and the parties prepare the record, the parties shall meet and confer with Nancy Rebeschini, Esquire, the court's pro law clerk, at a time and place to be determined.

_____
United States District Judge