IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL TURNER POOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 99-635-SLR |
| ) | |
| STAN TAYLOR, and ) | |
| RAPHAEL WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE and CERTIFICATE OF SERVICE

TO:   Clerk of the U.S. District Court

   Samuel Turner Poole,  BN 5599
   P.O. Box 1000
   Houtzdale, PA  16696-1000

PLEASE TAKE NOTICE that the undersigned, Marc P. Niedzielski, hereby enters his appearance for the defendants Stan Taylor and Raphael Williams.  The undersigned certifies that be caused a copy of this document to be served by U.S. Mail on the plaintiff at the above address.

/s/ Marc  P. Niedzielski
Marc P. Niedzielski, I.D. # 2616
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendants

DATED: July 21, 2006