IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMUEL TURNER POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 99-635-SLR |
| | ) | |
| STAN TAYLOR, and | ) | |
| RAPHAEL WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned certifies that on the date indicated, he caused the Notice of Appearance and Certificate of Service (Document Number 93) to be re-served by regular U.S. Mail on the plaintiff at the following address:

Samuel Turner Poole
BN 5599
SCI Huntingdon
1100 Pike Street
Huntingdon, PA  16654-1112

/s/ Marc  P. Niedzielski
Marc P. Niedzielski
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

DATED:  July 21, 2006