# POOLE v. TAYLOR
## C.A. No. 99-635-SLR
### DOCUMENTS PRODUCED BY DEFENDANTS

| Responsive to: | | Bates Numbers | Document Description |
|---|---|---|---|
| Req. for Prod. # | Interrogatory # | | |
| 9 | | | CM/ECF document Query for cases with Keith Ivens as a party |
| 1 | | | Docket from Hubbard, et al. v. Taylor, et al., District Court Docket #00-531 SLR |
| 1 | | | Memorandum Opinion in Dickerson, et al. v. Carper, et al., Chancery Court Docket #10256 |
| 1,4 | | | Deposition of Mary Moody from Hubbard, et al. v. Taylor, et al. |
| 1, 3, 7 | 3 | | Deposition of Raphael Williams from Hubbard, et al. v. Taylor, et al. |
| 1 | | | Deposition of Stanley Taylor from Hubbard, et al. v. Taylor, et al. |
| 2 | 1, 2, 4, 8 | D00001 | Multi-Purpose Criminal Justice Facility Average Population by Month 1999 – 2001 |
| 1, 10 | | D00002 – D00195 | MPCJF Institution Monthly Reports January 1999 – December 1999 |
| 4, 10 | | D00196 – D00249 | Grievance Logbook 1999 |
| 4, 10, 12 | | D00250 – D00314 | Inmate Grievance Reports January 1999 – December 1999 |
| 4, 10 | | D00315 – D00330 | Grievances filed by Samuel Poole 1999 |
| 10 | | D00331 – D00400 | Other 1999 Grievances Filed (1st Floor Air Conditioning /Heating Complaints) |
| 1, 10 | | D00401 – D00407 | Inmate Handbook |
| 11 | | D00408 – D00410 | Affidavit of Douglas A. Rodgers from Hubbard, et al. v. Taylor, et al. |
| 5, 9, 13 | 16 | D00411 – D00454 | Medical Records for Samuel Poole |
| 4 | | D00455 – D00461 | Temperature Survey Record Forms for 2000 and 2001 |
| 6, 11, 12 | | D03000 – D05401 | Maintenance Work Orders for 1999 |