Document filed in paper format only due to size.

Original document is on file in the Clerk's Office.

Case 1:99-cv-00635-SLR    Document 98    Filed 07/27/2006    Page 1 of 1