3rd SHIFT   4x12   5-July 99 monday

| Time | Entry |
|---|---|
| 2035 | Counselor Stanley & I/M Walt Wilson on Z L&M recruiting for Key Program |
| 2045 | C/O Wilson conducting sec. cks |
| 2055 | C/O Dymowski conducting sec. cks. |
| 2122 | Nurse call in tier area for meds. |
|  | ZL Dougherty R    ZM Dillon T. |
|  | Francisco B        Eatmon |
|  | Julian P           Johnson |
|  | Simmons G. |
|  | Brown W (REF.) |
| 2135 | C/O Wilson completes sec. cks |
| 2150 | C/O Dymowski conducting sec. cks. |
| 2218 | C/O Wilson pulled for fitness center. |
| 2257 | Code Red |
|  | ZL 60 to 92 & present |
|  | ZM 60 to 92 & present |
| 2230 | Notified P/C of H/C & X/C Cpl French |
| 2311 | Code Green |

1st Shift   2400-0800   6 July 99 Tues.

| Time | Entry |
|---|---|
| 2355 | C/O Hopkins arrived for duty, made counts, and relieved C/O Dymowski. |
| 2359 | C/O Dymowski departed the area. |
| 2400 | Code Red. |
| 0005 | Notified Cpl. Porter of P/C for counts. |
|  | 2L H/C-60 (∅-Out), K/C-7 |
|  | 2M H/C-60 (∅-Out), K/C-8 |
|  | 1 First Aid Kit (Sealed) |
| 0016 | Code Green. |
| 0057 | C/O Wilkes made his checks.  K/S |
| 0014 | Notified Cpl. Porter of P/C.  A/S |
| 0145 | Nurse Coger arrived and departed with the sick call slips. |
| 0157 | C/O Wilkes made his checks  K/S |

| | Con't |
|---|---|
| 260 | 1st Shift  2400-0800  6 July 99 Tues. |
| 0241 | C/O Wilkes made his checks. A/S |
| 0246 | Checks completed. Notified P/C. A/S |
| 0342 | C/O Wilkes made his checks. A/S |
| 0345 | Code Red. |
| 0402 | Notified Sgt. Kenney of P/C for counts |
| | 2L H/C-60 (0-Out), P/C-7 |
| | 2M H/C-60 (0-Out), P/C-8 |
| 0410 | Code Green. |
| 0444 | C/O Wilkes made his checks. A/S |
| 0449 | Notified Lt. Kenney of P/C. A/S |
| 0542 | C/O Wilkes made his checks. A/S |
| 0547 | Notified Cpl. Porter of P/C. A/S |
| 0605 | C/O Wilkes departed with 9 I/M's to B+R for court. |
| | I/M Alderman, W.    2L-1 |
| | I/M Hubbard, G.    2L-16 |
| | I/M Buchanan, H.    2L-18 |
| | I/M Cushner, R.    2L-20 |
| | I/M Webster, R.    2M-1 |
| | I/M Hartman, M.    2M-4 |
| | I/M Carter, R.    2M-6 |
| | I/M Moon, S.    2M-9 |
| | I/M Crumb, H.    2M-14 |
| 0625 | Nurse Coger arrived to give medication to I/M Eaton 2M-1. I/M Johnson, T. 2M-5 refused his finger stick. |
| 0643 | C/O Wilkes made his checks. A/S |
| 0645 | Code Red. |
| 0647 | Notified Cpl. Porter of P/C for counts. |
| | 2L H/C-60 (4-Out), P/C-7 |
| | 2M H/C-60 (5-Out), P/C-8    1 FAK (Sealed) |
| 0719 | Code Green. |
| 0728 | Relieved by C/O Byrd after P/C, H/C, and briefing. |

2nd Shift 8xu 6 July 99

| Time | Entry |
|---|---|
| 0730 | C/O Byrd control H/c and K/c C/O Hopkins departs area. |
| 0800 | — CODE RED — CODE GREEN 0823 — |
| 0808 | Notified Primary Control of L&M H/c & K/c. |
|  | L- H/c 60T 56P 4CT    H/c 7 |
|  | M- H/c 60T 55P 5CT    K/c 8 |
| 0822 | Nurse Gibson on L&M to dispense Meds. |
|  | L- Brow W.                    M- Dillons T |
|  |    Dougharty R.                  Johnson C. |
|  |    Francisco B.                  Longo B. |
|  |    Julian P.                     Nelson T |
|  |    Simmons G.                    Wilkens E. |
| 0830 | Food Carts on L&M (10) utensils present |
| 0835 | I/M Tucker A. M-14 to court. |
| 0910 | I/M Byrd E. L-19 to counseling classes. |
| 0917 | Food Carts off L&M (10) utensils present |
| 0930 | Mrs. Morehead & Mrs Rice (Classification Team) to interview I/M Cahall J. M-3. |
| 1000 | Code 4 2 M-Pod I/M Poole Samuel M-7 337607 received a gash to right side of forehead FAK opened Ire immediate medical attention |
| 1015 | Spill team on M-Pod for clean-up |
| 1025 | Capt. Lee on L-Pod to escort I/M Cann Theodore L-2 to investigators office. |
| 1038 | I/M Cann Theodore L-2 returns. |
| 1115 | I/M's Hubbard G. L-16 Carter Raymon M-6 Moon S. M-9 return from court |
|  | I/M Poole S. M-7 returns from Infirmary. |
| 1108 | I/M Byrd E. L-19 returns from counseling class. |
| 1135 | — Code Red — — Code Green |
| 1141 | Notified Primary Control of L&M H/c & K/c |
|  | L- H/c 60T 57P 3count  K/c 7 (Radio 4/ |
|  | M- H/c 60T 56P 4count  K/c 8 |
|  |                                      K/c=8 |

**262**

2D Shift 0800-1600 Tuesday 6 July 99

| Time | Entry |
|---|---|
| 1210 | C/O Byrd off unit for Code |
| 1240 | I/M Valdez I. M-16 Jackson D. L-1 to court |
| 1310 | I/M Poole S. M-7 to Law Library |
| 1318 | I/M's Francisco B. L-5 Eatman A. M-1 to S/C |
| 1328 | I/M Gibbs 2-W to clean showers |
| 1330 | I/M's Alderman W L-4, Buchanan H. L-18, Tucker D. L-1, Crumb H. M-14, Tucker A. M- return from court. I/M Jones Chris L-4 to court |
| 1333 | Capt. Williams in area. |
| L.E. 1320 | I/M Hartman M. M-4 from court I/M Cushner L-20 from |
| 1350 | C/O Byrd returns from codes. |
| 1420 | Security team on L&M for window & bars |
| 1433 | I/M Poole, Samuel M-7 from Law Library. |
| 1445 | I/M Jones, Chris L-4 from court. |
| 1500 | —— Code Red —— —— Code Green 1522 —— |
| 1500 | Notified Primary Control of L&M H/C K/C |
|  | L- H/C 60 T 58 P 1 sickcall K/C 7 |
|  | M- H/C 60 T 58 P 1 court 1 sickcall K/C 8 |
| 1539 | I/M Francisco B. L-5 Eatman A. M-1 from sickcall. |
| 1550 | C/O Deer departs area. |
| 1555 | C/O Cumberbatch in to relieve 3x4 shift of pop H/C K/C and briefs —— E.O.S. —— |

3RD SHIFT 1600-2400 HRS 7/6/99 @ TUESDAY

| Time | Entry |
|---|---|
| 1550 | C/O Cumberbatch in the area on duty to relieve C/O Byrd. Conducted H/C, K/C and was briefed. |
| 1555 | I C/O Burrell in area for Duty Overtime I also assume Log book duties. |
| 1600 | Code Red |
| 1600 | Notified P/C Cpl French of H/C K/C 2L 60 T/P 2M= 60 Total 0 out 59 Present K/C=6 1 out ct FAK unsecure. 30 Present K/C 8 |

3rd Shift 11/6/0 - 2400 to Jul 99 Tues 263

| Time | | Notes |
|---|---|---|
| 1655 | | Pvt Cpl French 13/13 Wigpins L 203415 |
| | arrest | Fordicent in area 5 Mutl Serve Utenub |
| 1710 | | 2L+M POS! |
| | s/c | I'm Wyphis Support for B/L (805)! |
| 1710 | | Chow started 2L+M POS 1 stem 10 front |
| | 18 | Sta 11 thru 20 |
| | 2 A.M-14 | |
| | count | I'm betwem me I'm Burnell Support for Problem |
| 1730 | | S/O Cembre hold checklist w/o's on 2L-POS while |
| | note - | chows are being served w/o's 4/S |
| 420 fm ct | | Chow Complete on 2L+M POS all itinur |
| 1745 | | alturn |
| | Bass | W S/O Burnell conducted w/o's on 2M-POS |
| 1800 | | S S/O Burnell competed w/o's a 2M-POS 4/S |
| | | I'm Jablo support return from court |
| | | 410's return from Pasadur |
| 1835 | | Poole lo 10-POS 2L+M out of rec |
| | | I'm return support for ct-18 |
| 1900 | | Cpl Ball to and s/c are Paperwd Pursuit 1853 |
| 1929 | | Pvt P/L Cpl French Swap I'm W/gmn off |
| | ikcalf | 2M-NO count 2M 387/P |
| | notes | I'm Butler 7 10-10 Support to not Pursuit 1985 |
| 1930 | | Nurse Orent in oraa medication |
| | | 2L = Brown  2M - Calvin |
| | | Douglas  Jalsnis |
| | | Frances F  Rogers |
| | | Julian P  Millen |
| | | Simmons B  Poole |
| | | Dunn T |
| | | 3 1/M's Maint Works in area to fix |
| | | Lynch orders on 2L-POS |
| 1950 | | Nurse Orent Subort area |
| 2000 | | Cable fuel |
| 2010 | | Nutified S/C Cpl Funch of Proberg Related Court |
| | | 3 1/M's from 2L-POS B |
| | | a Stm POS |

**64**

3rd Shift 1600-2400 6 Jul 99 Thurs

| Cont | 2L= P/O 60 Total | 2M 59 Total |
|---|---|---|
| | 60 Present | 57 Present |
| | 0 out | 2 out 1-ct 18 |
| | K/C=7 | 1- rehab Grey Class |
| | 3 I/M's Meant Worker from 2T-Pod | K/C=8 |

| 2022 | Code Green. 2L+M out - for rec! |
| 2026 | I/M Miller return to the area. |
| 2039 | I/M Kern return from ct yd. |
| 2055 | Per P/C Cpl French in-House Transfer |
| | I/M Regis Peter 861 264491 from S/R to 2M-6 |
| | 2M H/C 60 T/P |
| 2255 | Code Red |
| 2258 | Notified P/C Cpl French of H/C K/C |
| | 2L 60 T/P        2M = 60 T/P |
| | K/C=7            K/C=8 |
| 2321 | Code Green |
| | C/O Burrell and C/O Cumberbatch |
| | relieve by 12x8 shift after H/C/K + |
| | briefing |
| | GOS |

0001-0800      1st Shift      7 Jul 99

| 2350 | C/O Buckley on duty on 2L+M. Made H/C/K/C of area. Was briefed by C/O Cumberbatch. C/O Cumberbatch departed area. |
| 0021 | N/F P/C C/O Shinn of Courts |
| | 2L H/C=60        2M H/C=60 |
| | K/C=7   F/F unsealed   K/C=8 |
| 0055 | C/O Palmer made S/C |
| | C/O Palmer finish S/C |
| 0100 | N/F P/C C/O Bush, A/S |
| | Also trash collected on 2L+M. |
| 0240 | C/O Palmer made S/C |
| | C/O Palmer finish S/C |
| 0245 | N/F P/C Cpl Porter A/S |
| 0255 | C/O Palmer made S/C |