SAMUEL .T. Poole BN5599                    CA.NO. 99-635 S.L.R

    _V_

STAN TAYLOR AND
RAPHEL WILLIAM


PRETRIAL CONFERENCES


Scheduling Managment;(A) (1) (B) (3) (4)(5) AND (C) )6) (7)
Sanctions (F)amend Apr.28,1983, effective August 1, 1987 ;April
22,1993, effective Dec1,1993,

An order must be given by the judge for the (Discover )to be
past over to the plaintiff to prepsre for a jury trial.


Because Iam in the commonwealth of PENNSYLVANIA state prison
in system Iwill need to be brought there for this conference
by the (Federal Marshalls) or by the Attorney General Office.


Ihope that this honorable court will grant this hearing within 30
days from the time the court and the defendant are serv with a
copy of this motion .
throw reg mail and a copy certified to the defendants
counsel ;Marc P .Niedzielski (Deputy Attorney General 820 .
N.French st 6 floor wilmington DE.19801.


Iam in the procee process of being reparole to a c.c.c. center
when Icomplete this program that Iam attending that end approx.
Sept.13, 2006

                                             Respecfully Submitted

                                             Samuel T. Poole
                                             1100 Pike st
   7-27-06                            Huntingdon PA.
                                             16654-1112

C.C.Marc P. Niedzielski

2 Copy Reg mail



FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Case 1:99-cv-00635-SLR    Document 101    Filed 07/31/2006    Page 2 of 2



Name: Samuel Poole
Number: BM-5199
1100 Pike Street
Huntingdon, PA 16654-1112

PA DEPT OF CORRECTIONS

Clerk of Court
844 N. King St, Lockbox 18
Wilm, DE,
19801-3570

Inmate Mail - PA. DEPT OF CORRECTIONS