SAMUEL T. POOLE BN-5599                                  CA.NO.99-635

-V-

STAN TAYLOR                                SUE L. ROBINSON

RAPHEL WILLIAM

MOTION TO ORDER F.R.CIL. P.RULE -12(F)



NEGLIGENCE

Actual injury to the plaintiff face up over the right eye showing the cause of the injury by the defendants total neglact of the maintance problem Great Plain Trust Co. v.Morgan Stanley Dean Witter and Co.,313.F3d.305.
Gross negligence because they made no atemp to make the proper repair for the saf -ety inmates or guards to fix the sink and the heating problem no atempto fix the cooling system or .the heating system., during the winter freezeing to
where toe finger are num body cold and summer was just as worse burn up in the cell walls sweating lock down for approx. 24 hours if they gotten payed 48 hours 106 degrees out side in the cell in the hallways freezeing cold this was only happen on the old side of the jail where pre-trial wasv the only effected by this the injury over my right eye cause by them failure to make and efford to correct this problem.

QUALIFIED IMMUNITY

Material fact throw the parteal discovery and of the injury to my eye showing that Johnson V.Jones ,515.U.S. 304,308 (1995) and see crowford EL.523.U.S.A.591,see id a.594.,and the summary judgement Anderson V. Liberty Lobby Inc. 477.U.S.242,247. (1986) fed.r. civ. P.56 (C) Anderson,477 U.S.at 256. this was for you not comply to the discovery.

8th Amendment

Wilson V. Mckinney, 501 U.S. 294,304,111 S .ct 2321,2327.(1991) see e.g.Hick V. Frey,992.F2D 1450, 1457 (6th cir. 1993) and see 112.S.ct.1516(1992) Kingiey V. Bureau of prison,937.F2d 26,32.(2nd cir.1991),White V.Napoleon,897 F2d 103,111. (3rd.cir.1990); Parrish V.Johnson,800 F2d. 600.605.(6th.cir.1986).,But the defendan -ts sat there and a waittting for tragic event to happen the repair went un notice by taken your time to repair Helling V.Mckinney,__U.S.__ 113 S.ct.2475,2481 (1993) and the conditions totaly unsafe to enter.

Boretti V. Wiscomb,930 F2d 1150,1154-55(6th cir. 1991)Jackson V. cain,864F2d 123 -5,1247 (5th.cir.1989);Fould V.Corley,833 F2d 52,55 (5th cir.1987) Corselli V. coughin,842 F2d 192,196(2nd .cir.1988);Gill V.Mooney,824 F2d 192.196(2nd cir. 1987) H.C. by Hewett V.Jarrad, 786 F2d 1080,1083,1087)11th cir.1986)and seeFarner V.Brenn -an,114S.ct.at 1983 ;Citing Helling V.Mckinney,__U.S.__,113 S.ct.2475,2480(1993). and being place on the floor for a long period of timeover 180 days and the cold and the heat and injured from your gross negligence lareau V.Manson,651 F2d 96. 107,09 (2nd.cir.1981)this is just double bunking tou triple the bunking and every place else tou could put inmates did not care about any rights they had the out come from the way you ran prison injury Wison V.Seiter,501 U.S.294,303,111 S.ct 2321,2326-27(1991).

Wherefore this case will continue into the trial and dismiss the claims by the defendants;I am not going to respond to case that have nothing to do with 99-635 and the defendants have already recieve my response to that petition because of the discovery I am able to better present my case to a jury.

Respecfully Submitted

SAMUEL T.POOLE
1100 Pike St.
Huntingdon PA.
16654-1112

7-27-06
C.C. Marc P.niedzielski

8-4-06 certified

Samuel Hobbs 99
1100 Pike St
Huntingdon PA
16654-1112

Clerk of Courts
844 N. King St Lockbox 18
Wilm DE
19801-3570