AFFIDAVIT AND PROOF OF SERVICE

NOW COMES , SAMUEL T. POOLE            AND AFIRMS THAT HE IS THE LITIGANT IN
THE AFORE CAPTIONED AND ATTACHED MATTER, THAT THE WITHIN AVERMENTS AND FACTS IN
SUPPORT THEREFORE ARE TRUE AND CORRECT TO THE BEST OF HIS PERSONAL EXPERIEMCE,
RECALL, KNOWLEDGE AND BELIEF, UNDER PENALTY FOR PERJURY. HE FURTHER AFFIRM AND AVERS
THATHE HAS SERVED COPIES OF THE FOREGOING AND ATTACHED DOCUMENTS BY FIRST_CLASS
MAIL TO THE PARTIES LISTED BELOW, BY HAVING PLACED THEM IN THE HANDS OF PRISON
AUTHORITIES FOR MAILING, AS RULED PROPERLY AND TIMELY "FILED" BY AND IN HOUSTON
V. LACK, 108 S.ct 2379, at 2383(1988)

FILED
AUG 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

i certify that document was given to prison officials, for the
forwarding to the said court, I certify under penalty of perjury that
the foregoing is true and correct. 28 U.S.C.SEC.1746.

BY AFFIANT

c.c. Marc P. Niedzielski
SUBSCIBED AND SWORN TO ME
THIS  8  DAY OF August, 2006

Motion to order
  Pre trial Conferncer
  Reply to the Defendants Petition