SAMUEL T. POOLE                                         CA.NO.99-635

    -V-                                              SUE L. ROBINSON

STAN TAYLOR AND
RAPHEL WILLIAM

REPLY TO THE DEFENDANT PETITION



FILED
AUG 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Here come Samuel Poole.,Acouple of complaints about the discovery temperture survey (D00455 to D00458) and (A0060 to 71  it was taken a about year away from the compla-int I was there  March 23, 1999. til Sept 17, 1999  approx. time  my problem was was all on the old side of the jail  which happen to be pre trial the survey  8-22-00.,this has nothing to do with the time poriod I was there (It was between Jan. 1999 til Dec. 1999.).
But you sent me grievance from Jan to Oct theys grievance shows poor maintance on the (Air Cond. and Heating  system or central air).,there is no repair slip or reco-rds of the repairs(far as work order  there is none) .but I am awere of the out-side Plummer came in after the maintance tried to fix it(there is no record of it been sent to me (D00315 and D00330 and D00331 to D00400., there are atotal of three different reading  (1. Hallway and Guard both 2.Dayroom 3.Cell there is no read-ing at all.
this shows inmates was freezeing and every where else it was fine and comforble but the cells freezeing so bad my feet num with my cloths on  did not help the grei-vance  show this and more such as bugs crawling around spiders also.
Humane cond. 8th amendment  crual and unusal punishment(go to sleep in the freezer with everthing on such as cloth andblacket sheets and your feet still num early in the mourning get so cold you got to get up.,this went on for about a month  unti-l I was move from that cell.
The summer month of July  and August air cond. off three man in the cell walls sweatting and the floor ,toilet mattress  sweatting  this was a normal thing inside of the cells while the air is off .
The day I  have fallen in the closet of 2-M-Podfrom the low lighting  the sink was filled with and going on the floor this been going on sense i was over there the water been sitting there for months before i gotten there  it was so slipery remind me of (Algae from the dirty mop water that was thrown inthe sink).,after

I fallen into the closet they called a code this is the injury that i have suffer  and then place back on the floor back on 2-M-Pod .,this petition clearly show the injurys that I have suffer while I was there .

Missing

1. incident report not in the box

2. individual count that goes on about 6 times a day  that goes to the raphel  Raphel Williams and Stan Taylor all of gander hill block by block the ,Fittness center , gym  ,and where ever you house them at booking also

3. lic.of the DR. that work on me.
4. I need to no the max. that Gander Hill hold.

Wherefore your still under sanctions and the order of the judge.,far as the summary judgement that should of been dissmis without pregdice because you refuse to bring the discovery this case should be headed to a jury.

8-4-2006                                        Respecfully Submitted

                                                Samuel T. Poole BN5599
                                                1100Pike  ST.
                                                Huntingdon PA.
                                                16654-1112