# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE



**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

September 25, 2006

PLEASE REPLY TO:  New Castle Office – 6th Floor

Samuel Turner Poole
BN5599
SCI Huntingdon
1100 Pike Street
Huntingdon, PA  16654-1112

      RE:  <u>Poole v. Taylor and Williams</u>, C.A. No. 99-635-SLR

Dear Mr. Poole:

    I have enclosed a copy of Chief Judge Robinson's September 20, 2006 Memorandum Opinion in the case of *Gregory Hubbard, et al. v. Stanley Taylor, et al.* C.A. No. 00-531-SLR. You will recall that your case was once consolidated with that one.

    Defendants will be citing to and relying on the Opinion and we wanted to ensure that you had a copy prior to our filing our motion.

                      Very truly yours,

                      /s/ Marc P. Niedzielski
                      Marc P. Niedzielski
                      Deputy Attorney General

Enclosure
Cc:  Clerk of the U.S. District Court (w/o enclosure)