# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL TURNER POOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 99-635-SLR |
| | ) |
| STANLEY TAYLOR, and | ) |
| RAPHAEL WILLIAMS | ) |
| | ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that on October 10, 2006, he caused the Defendants' Renewed Motion for Summary Judgment, Defendants' Opening Brief in Support of Their Renewed Motion for Summary Judgment, and Appendix to Defendants' Opening Brief in Support of Their Renewed Motion for Summary Judgment to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Samuel Turner Poole
#BN-5599
PA Department of Correction
1100 Pike Street
Huntingdon, PA **16654-1112**

**MANNER OF DELIVERY:**

    X      Two true copies by first class mail, postage prepaid, to each recipient

/s/ Richard W. Hubbard_____
Richard W. Hubbard (I.D. # 2442)
Deputy Attorney General
Carvel State Building, 6th Floor
820 North French Street
Wilmington, Delaware 19801
(302) 577-8400
richard.hubbard@state.de.us
Attorney for the Defendants