IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL TURNER POOLE,    ) | |
|                        ) | |
|         Plaintiff,    ) | |
|                        ) | C.A. No. 99-635-SLR |
| STANLEY TAYLOR, and    ) | |
| RAPHAEL WILLIAMS    ) | |
|         Defendants.    ) | |

### NOTICE OF FILING OF PAPER DOCUMENTS

The undersigned certifies that on October 11, 2006 he caused to be filed the Redacted Version of the *Appendix to Defendants' Opening Brief In Support of Their Renewed Motion for Summary Judgment* with the Clerk of the Court by hand. Two hard copies of this document will be served by U.S. Mail upon:

**Samuel Turner Poole
#BN-5599
PA Department of Correction
1100 Pike Street
Huntingdon, PA 16654-1112**

                                         /s/ Richard W. Hubbard_____
                                         Richard W. Hubbard (I.D.# 2442)
                                         Deputy Attorney General
                                         Department of Justice
                                         Carvel State Building, 6th Floor
                                         820 North French Street
                                         Wilmington, Delaware 19801
                                         (302) 577-8400
                                         richard.hubbard@state.de.us
                                         Attorney for the Defendants