# [A HARD COPY OF THIS DOCUMENT IS ON FILE IN THE CLERK'S OFFICE AT U.S. DISTRICT COURT]

Case 1:99-cv-00635-SLR    Document 112    Filed 10/11/2006    Page 1 of 1