SAMUEL T. POOLE                                    CIVIL ACTION 99-635

V.

STAN TAYLOR

RAPHEL WILLIAM                                     JUDGE SUE L. ROBINSON

FILED
OCT 13 2006
U.S. DIST. COURT
DISTRICT OF DELAWARE

RE: MOTION TO STRIKE THE DEFENDANTS PETITION 2parts to this motion part-1

I already was drawing up the declratory judgment once i have recieve the discovery but this will act as a motion to answer all the defendants pitition but this cmae and this could be better for me to enter both of them at the same time and get a court date .

I have enough to show the court every thing but if the defendants was given a deadline I could enter this to me there is enough to enter this and respond to the defendants (SUMMARY JUDGEMENT) they both have the isseus I wish to address .

A. Abuse of discretion

The judge made and order to thedefendants for the discovery and then stated they was going to impose sacions on the defendants.Farmer V. Brannan, 81 F3d1444(7th cir.1996)this goes with thefraud the defendants keep sending me this has already been dismis by the judge dealing withthe interrogatoriesbut the defendants statment now say (Sleeping on the floor is the way of life)both defendants denied this .Heckler, at 60,104 S.ct at224.,But this continue with the evidence that was enter by them 1.Survey,the repair being filed but not being done this goes to the defendants all repairs that done by a out side contractor 3.the last entry of the log book from 2-L-Pod the only pod iwas on the second floor on the old side was 2-M-Podthe the defendants enter this for the incedent report that was file by them this goes to both defendants forthisis factual evidence in this case concealment of the facts in this case such as the indevegal count by the defendants this a total count not a body count this only be cdone by the 6counts aday or the mailroom concealment of the facts see Greer V.Franklin Life Inc.Co. Ten civ. App., 109 s.W .2d 305,315 this is being use in my case by the defendants with the respect to the court place a deadline on the discovery .

B. QUALIFIED IMMUNITY

This will be answer in the declaratory judgment in sec .1 and in 4-a and b this will naswer all the defendants petition.

C. 5th Amendment

This case with Hubbard., due process and disability pregdice my case by violating my 5th amendment rights that was already file to dismis the colsodation without prejdice ti the defendants in this case Ketchum"s Humpreys 8th amendment my reply clearly in the declaratory judgment in SEC.4 .b.,

any case you wish to file that has nothing to do with my I would the court to dismiss it all of delware case I can not get them in the law libary here but i think that all the response from the court and the defendants shoud be already in here.

Ihope that this court will honor botyh of my petition and make a fair judgment.

SAMUEL T. Poole

1100 Pike ST.
HuningdonPA.16654-1112

Samuel T. Poole BN5599
1100 Pike St
Huntingdon PA
16654-1112

Clerk of Court
844 N. King St Lockbox 18
Wilm DE
19801-3570