**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc P. Niedzieski
820 N. French St
Wilm, De
19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 16 200

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7004 2870 0002 4565 2179

PS Form 3811, February 2004    Domestic Return Receipt

Civil Action 4 Copys
99-635

Sue L. Robinson

cannot have any of this

1A

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage $
Certified Fee   240
Return Receipt Fee (Endorsement Required)   185
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $   536

Postmark Here
OCT 11 PM 2006

Sent To
Samuel T. Poole
Street, Apt. No.; or PO Box No.   1100 Pike St
City, State, ZIP+4   Huntingdon, PA 16654-1112

PS Form 3800, June 2002    See Reverse for Instructions

---

SCIH MAILROOM

INMATE: Samuel Poole

NUMBER: BN-5599

The 2 folders w/ metal clips

removed from you letter is considered to be contraband. Supply a DC-138A Cash Slip for postage and a proper sized envelope with the address you want the item(s) to be addressed to within ten days or the above item (s) will be destroyed.

DATE 10/13/06

RETURN THE ABOVE SLIP WITH DC-138A

FILED
NOV - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

SCIH MAILROOM    Copy    1A

INMATE: Samuel Poole

NUMBER: BN-5599

The 4 folders w/ metal clips & video tape

removed from you letter is considered to be contraband. Supply a DC-138A Cash Slip for postage and a proper sized envelope with the address you want the item(s) to be addressed to within ten days or the above item (s) will be destroyed.

DATE 10/12/06

RETURN THE ABOVE SLIP WITH DC-138A

C.C.
Marc P. Niedzieski
820 French St
Wilm De
19801