SAMUEL T. POOLE                                            C.A.NO. 99-635-S.L.R.

    V.

STAN TAYLOR

RAPHEL WILLIAM

RE:SUE L. ROBINSON

I SAMUEL T.POOLE, to make a request that this second petition to be dissmiss without any prejudice to the defendan -ts the defendants case but it will be to me because I made a response to the judge order and to the defendants petition.

FED.R.CIV.P.12(f).My motion to strike tells everything and it deal with (pain and torture)while I was in there custudy and on the floor as a pre trial detianee.

this is another way that the defendants try to get out of this case and they still trying to use this fraud inthe discovery as a part of there defense 98%of there entry of this discobery is to cover up what they done while I was in there prison system.

this court made a order and then told me to respond in 30 days once you put in for a summary judement you done so with fraud and i told that it was and you went and serv me with a copy as a part ofyour defense sense the discover -y was first enter in this case and you are still doing the same thing I was told to enter this as a pro se and you fill a petition with it I only want the court to make its judgement in this case and let the defendants petition be dissmiss.

 

                                                                   THANK YOU

                                                                 SMAUEL T. POOLE
                                                                 1100 PIKE ST.
                                                                 HUNINGDON PA.

C.C.Marc P. Niedziesk                        16654-1112

   Richard W. Hubbard

     820 N.FRENCH ST.
     WILMINGTON.DE.
         19801

[FILED NOV 13 2006 — U.S. DISTRICT COURT DISTRICT OF DELAWARE]

Case 1:99-cv-00635-SLR   Document 118   Filed 11/13/2006   Page 2 of 2

Name: Samuel Poor
Number: 13145799
1100 Pike Street
Huntingdon, PA 16654-1112

Clerk of Court
844 N. King St., Lockbox 18
Wilm, De
19801-3570

Inmate Mail - PA. DEPT OF CORRECTIONS