IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL TURNER POOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 99-635-SLR |
| | ) |
| STAN TAYLOR and RAPHAEL WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 19th day of December, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' renewed motion for summary judgment (D.I. 107) is granted.

2. Plaintiff's motion for declaratory judgment (D.I. 114) is denied.

3. Plaintiff's motion to strike the defendants' petition (D.I. 115) is denied.

4. The clerk of the court is ordered to enter judgment in favor of defendants and against plaintiff.

_____
United States District Judge