SAMUEL T. POOLE                                          CIVIL ACTION NO. 99-635

   V.

STAN TAYLOR                                              SUE L. ROBINSON

RAPHEL WILLIAM

CHANGE OF ADDRESS RE: CLERK

Transfer on 12-18-06 to Minsac chester, C.C.F. 201 E.12th street chester Pa.19013, phone no.610-872-0511 this will take place in the next couple of weeks so that the court and the defendant is awere of the change in my new address.

*This is my new Address Samuel T Poole 201 E. 12th St. Chester PA 19013*

FILED
JAN -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanning

12-4-06

1-1-07

2Copies
C.C. Richard W. Hubbard
  Marc P. Niedzielski

820 North French Street

Wilmington, Delaware

    19801

RESPECTFULLY SUBMITTED
THANK YOU

SAMUEL T. POOLE
1100 Pike St.
Huntingdon, Pa.
   16654-1712

