IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SAMUEL TURNER POOLE,              )
                                  )
          Plaintiff,              )
                                  )
     v.                           )  Civ. No. 99-635-SLR
                                  )
STAN TAYLOR and RAPHAEL           )
WILLIAMS,                         )
                                  )
          Defendants.             )

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of December 19, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Stan Taylor and Raphael Williams and against Samuel Turner Poole.

_____
United States District Judge

Dated: January 16, 2007

_____
(By) Deputy Clerk