OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

March 2, 2007

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Poole, et al v. Taylor, et al
     D. Del. No. (99-cv-0635-SLR)

Dear Mr. Dalleo:

A motion for relief from judgment on order under Federal Rules of Appellate Procedure 60(b) was attached to the notice of appeal filed in the District Court on February 13, 2006.  We are forwarding the attached motion for filing in the District Court.

To the extent that the appellant is requesting relief pursuant to F.R.C.P. 60(b), that request must be addressed to the District Court.  Pursuant to Rule 1, Federal Rules of Civil Procedure, Rule 60(b) cannot be used as a basis for action by this Court.  There is not rule similar to Rule 69(b) in the Federal Rules of Appellate Procedure which govern this type of proceeding in this Court.

Very truly yours,

Marcia M. Waldron, Clerk

By:  /s/ Bradford A. Baldus
     Bradford A. Baldus
     Senior Legal Advisor to the Clerk

Enclosure
cc: KEYBOARD() (w/out enclosure)