Samuel T. Poole  
-V-  
Stan Taylor  
Raphel Williams

Civil Action 99-635  
Sue L. Robinson

Rule 60(B) relief from the Judgment base upon fraud from the defendant counsel and misrepresentation of the discovery and the interrogatories; Fraud and Perjury was presented in the discovery and serve to me and the court Fiske v. Buder, C.C.A. 8th 1942, 125 F2d 841.;

See also Bucy v. Nevada Const. Co., C.C.A. 9th 1942, 125 F2d 213 on the fraud was enter as ground for relief from Judgment, 1941, 4 Fed Rules serv. 942, 945; The amendment settles this problem by making fraud an express grounds for relief by motion see Moore and Rogers. Federal Relief from Civil Judgment, 1946, 55 Yale LJ 623, 653 to 659 and See #3 Moore's Federal Practice, 1938, 3267 et Seq. this does not limit the power of the court when fraud has been preperated upon it see Hazel-Atlas glass Co. v. Hartford Empire Co. 1944, 64 S. Ct 997, U.S. 238, 88 L. Ed. 1250. the time limit for the relief by motion in the court and in the action in which the Judgment was rendered has been enlarged from six month to 1 year.

Because of thir Perjury and interrogatorres war file to me by the Defendants Cite ar 104 S. Ct. 2218 (1984) and the Judge Sue L. Robinson, Bias and Pregdice in thir case by entering the fraud and by possing my rights of the 5th amendment and 8th amendment.

5th amendment when the Judge abuse of disceretor when she order the discovery act as my counsel is getting it fraud and the full discovery was never presented she war told 3 time and did nothing Anderson V. Lliberty Lobby, Inc. 477 U.S. 242, 247 (1986) Fed R. Civ. P. 56(C) Anderson, 477 U.S. at 256.

Meritorious defenses, By the Judge and the defendants that war raise Brite V. Worma Corp., C.A.PA, 732 F.2d 1178 1181 the third Cir. Case and Supreme Court Case has nothing to do with this case Last injury Davis V. Gruse meyer, Cite ar 996 F.2d 617 (3rd Cir 1993). thir deal With only the 8th amendment they use third Cir. case that has nothing to do with what war done to me on the floor but 99-634 doer that is the only way they could try and use this case.

Supreme Court Case deal with illegally detain and theyr are the base of the Supreme Court case Nothing to do with the policie maker under Fed Rule 455 Recused of a Federal Judge this is also stated in the Last motion that war file to this Court.

I am request to reverse the Judgment and Recusel the Federal Judge the Court to order the discovery in 30 days and then request for a trial in favor of the Plaintiff because of the Fraud and Perjury that was entered by the defendants.

Respectfully Submitted

2-4-07
Certified
C.C.

Richard W. Hubbard
820 French St C51
Wilm, DC
19801

Pro Se

Samuel T Poole
1015 Culhane St
Chester PA
19013

AFFIDAVIT AND PROOF OF SERVICE

NOW COMES, _Samuel T Poole_, AND AFIRMS THAT HE IS THE LITIGANT IN THE AFORE CAPTIONED AND ATTACHED MATTER, THAT THE WITHIN AVERMENTS AND FACTS IN SUPPORT THEREFORE ARE TRUE AND CORRECT TO THE BEST OF HIS PERSONAL EXPERIENCE, RECALL, KNOWLEDGE AND BELIEF, UNDER PENALTY FOR PERJURY. HE FURTHER AFFIRMS AND AVERS THAT HE HAS SERVED COPIES OF THE FOREGOING AND ATTACHED DOCUMENTS BY FIRET-CLASS MAIL TO THE PARTIES LISTED BELOW, BY HAVING PLACED THEM IN THE HANDS OF PRISON AUTHORITIES FOR MAILING, AS RULED PROPERLY AND TIMELY "FILED" BY AND IN HOUSTON vs LACK, 108 s. ct 2379, at 2383 (1988).

I CERTIFY THAT THIS DOCUMENT WAS GIVEN TO PRISON OFFICIALS, FOR THE FORWARDING TO THE SAID COURT. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. SEC. 1746.

Copis
Notice of Appeal
Rule 60(B)

C.C Certified
Richard W. Holburd
820 French St 6 fl.
Wilm, DE
19801

Respectfully Submitted,

Samuel T. Poole

1015 Culhane St
Chester PA
19013

610-497-0719